## 59349. ALMON v. THE STATE.

SMITH, Judge.
The judgment of the trial court is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. McMurray, P. J., and Banke, J., concur.*

SUBMITTED FEBRUARY 4, 1980 — DECIDED APRIL 7, 1980.

*Ellen Gettinger, Robert L. Whatley,* for appellant.
*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Assistant District Attorney,* for appellee.